



## MEMORANDUM OPINION

No. 04-10-00846-CR

Jesus **RODRIGUEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CR7558
The Honorable Lisa Jarrett, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Rebecca Simmons, Justice

Delivered and Filed:  April 11, 2012

DISMISSED

Appellant has filed a motion to dismiss this appeal. The motion is signed by both Appellant and his attorney. *See* TEX. R. APP. P. 42.2(a). We, therefore, grant the motion and dismiss this appeal. *See id.*

PER CURIAM

DO NOT PUBLISH